GREATER NEW YORK-SUFFOLK TITLE AND GUARANTEE COMPANY, Appellant, v. ELIZABETH A. FAULKNER, Respondent, and Others, Defendants.— Order granting motion to set aside the judgment of foreclosure and sale and the deficiency judgment in an action to foreclose a mortgage reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are satisfied that the evidence appearing in the record in this case shows that the respondent was served with the summons herein. Young, Kapper, Carswell, Tompkins and Davis, JJ., concur.

BEATRICE A. GRIFFIN, Respondent, v. TOWN OF HARRISON, Appellant. WILLIAM F. GRIFFIN, Respondent, v. TOWN OF HARRISON, Appellant.— Action by plaintiff wife to recover for personal injuries sustained as the result of a fall on a sidewalk maintained by defendant, and action by plaintiff husband to recover expenses and for loss of services, tried together, resulting in verdicts for both plaintiffs for amounts that are not questioned on this appeal. Judgments unanimously affirmed, with costs. In our opinion, the jury was warranted in finding that the two and three-quarters inches of concrete abruptly rising above the wooden part of the sidewalk, over which plaintiff wife had just passed, when coupled with the lack of adequate light at the place of the accident, created a dangerous condition which might cause an injury at night and this the officers of the defendant should have anticipated. (*Fordham* v. *Gouverneur Village*, 160 N. Y. 541; *Moshier* v. *City of New York*, 190 App. Div. 111; *Mullins* v. *Siegel-Cooper Co.*, 183 N. Y. 129; *Durr* v. *N. Y. C. & H. R. R. R. Co.*, 184 id. 320.) Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

CHARLOTTE HAMMER, Respondent, v. GERHARD M. DAHL and Others, Appellants, and Others, Defendants. (Appeal No. 1.) — Order granting leave to serve supplemental complaint reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that under section 1077-a of the Civil Practice Act the mortgage herein may not be foreclosed by reason of default in payment of principal. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.